**Motion Granted; Abatement Order filed January 5, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00830-CV

_____

## BP AMOCO EXPLORATION (IN AMENAS) LIMITED, Appellant

## V.

## RENE BUTTACCIO, ET AL, Appellees

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2014-17466**

## ABATEMENT ORDER

On December 28, 2016, the parties notified this court that they have reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 15, 2017. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Chief Justice Frost and Justice Brown (Justice McCally not participating).